GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

BRETT A. DAY
Assistant United States Attorney
Arizona State Bar No. 027236
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: brett.day@usdoj.gov
Attorneys for Plaintiff

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

JUN 1 5 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>    vs.<br><br>1.  Zuky Sarabia,<br>    (Counts 1 – 7)<br><br>2.  Cesar Ruano Lopez,<br>    (Counts 1 and 8)<br><br>             Defendants. | No.    CR-21-00446-PHX-DLR (MHB)<br><br>**INDICTMENT**<br><br>VIO:    18 U.S.C. § 371<br>(Conspiracy to Straw-Purchase Firearms)<br>Count 1<br><br>18 U.S.C. § 924(a)(1)(A)<br>(False Statement During Purchase of a Firearm)<br>Counts 2 - 8<br><br>18 U.S.C. §§ 924(d) and 981;<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES**:

## COUNT 1

On or about June 2, 2020, in the District of Arizona and elsewhere, Defendants ZUKY SARABIA and CESAR RUANO LOPEZ, and others known and unknown to the Grand Jury, unlawfully, willfully, and knowingly agreed, combined, and conspired with each other, and others, to commit the following offense against the United States, False

Statement During the Purchase of a Firearm, in violation of 18 U.S.C. § 924(a)(1)(A).

In violation of Title 18, United States Code, Section 371.

## COUNT 2

On or about February 5, 2020, in the District of Arizona, Defendant ZUKY SARABIA knowingly made a false statement and representation to Jones & Jones, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jones & Jones, in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating she resided at an address at 1522 Kennedy Lane in San Luis, Arizona, whereas in truth and fact, Defendant knew that she resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 3

On or about February 20, 2020, in the District of Arizona, Defendant ZUKY SARABIA knowingly made a false statement and representation to Jones & Jones, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jones & Jones, in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating she resided at an address at 1522 Kennedy Lane in San Luis, Arizona, whereas in truth and fact, Defendant knew that she resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 4

On or about March 9, 2020, in the District of Arizona, Defendant ZUKY SARABIA knowingly made a false statement and representation to Jones & Jones, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be

kept in the records of Jones & Jones, in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating she was the actual buyer of the firearms, whereas in truth and fact, Defendant knew she was buying the firearms on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 5

On or about March 16, 2020, in the District of Arizona, Defendant ZUKY SARABIA knowingly made a false statement and representation to Jones & Jones, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jones & Jones, in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating she resided at an address at 1522 Kennedy Lane in San Luis, Arizona, whereas in truth and fact, Defendant knew that she resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 6

On or about March 24, 2020, in the District of Arizona, Defendant ZUKY SARABIA knowingly made a false statement and representation to Jones & Jones, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jones & Jones, in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating she resided at an address at 1522 Kennedy Lane in San Luis, Arizona, whereas in truth and fact, Defendant knew that she resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 7

On or about March 30, 2020, in the District of Arizona, Defendant ZUKY SARABIA knowingly made a false statement and representation to Jones & Jones, a

business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jones & Jones, in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating she resided at an address at 1522 Kennedy Lane in San Luis, Arizona, whereas in truth and fact, Defendant knew that she resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 8

On or about June 2, 2020, in the District of Arizona, Defendant CESAR RUANO LOPEZ knowingly made a false statement and representation to CAL Ranch Stores, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of CAL Ranch Stores, in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating he resided at an address at 1363 N. Rangel Avenue in San Luis, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 8 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 8 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable.

- 4 -

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p). All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

_s/_
FOREPERSON OF THE GRAND JURY
Date:  June 15, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

_s/_
BRETT A. DAY
Assistant U.S. Attorney

- 5 -