**JUAN ROCHA**
Rocha Law Office
Arizona Bar No. 025039
P.O. Box 5965
Mesa, AZ 85211
jrocha.law@gmail.com
Tel: (480) 855-1759
Fax: (855) 327-4858
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br>Plaintiff,<br>vs.<br>Cesar Augusto Ruano-Lopez<br>Defendant. | CR21-00446-PHX-DLR-002<br><br>**MOTION *IN LIMINE* OF HENTHORN MATERIAL OF GOVERNMENT AGENTS** |

Defendant, Mr. Cesar Augusto Ruano-Lopez, through undersigned counsel and under *United States v. Henthorn*, 931 F.2d 29 (9th Cir. 1991), moves *in limine* for the Court to order a review and examination of the personnel files of all law enforcement agents involved in this case, and thereafter to disclose to undersigned counsel any favorable evidence obtained from this review and inspection. The alleged misconduct of government agents may be relevant and material for impeachment purposes. Undersigned counsel requests these materials be made available to undersigned prior to the finale trial management conference set for May 10, 2022, before the Honorable Court. Undersigned counsel understands that any review of such materials will be done *in camera*.

Excludable delay under Title 18 United States Code § 3161 (h)(1)(D) may occur as a result of this motion or an order based therein.

RESPECTFULLY SUBMITTED: April 19, 2022.

*s/ Juan L. Rocha*
**JUAN L. ROCHA**
Attorney for Defendant

ECF Copy to:

Brett Alexander
Assistant U.S. Attorney