**JUAN L. ROCHA**
Rocha Law Firm
Arizona Bar No. 025039
P.O. Box 5965
Mesa, AZ 85211
Tel: (480) 855-1759
Fax: (855) 327-4858
jrocha.law@gmail.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>-vs-<br>Cesar Augusto Ruano-Lopez,<br>Defendant. | Case No. CR21-00446-PHX-DLR-002<br><br>MOTION IN LIMINE TO PRECLUDE THE GOVERNMENT'S AGENTS FROM TESTIFYING AS EXPERT WITNESSES; |

Defendant, Mr. Augusto Ruano-Lopez, by and through undersigned, moves the court *in limine* to preclude the government from introducing the expert testimony through its witnesses and case agent Defendant Ruano-Lopez objects to his testimony because it does not fall under Fed. R. Evid. R. 402 and 403, as it is irrelevant and prejudicial in this non-complex case. It would be further prejudicial to allow the government's witness or witnesses from testifying as a "fact" witness; that is, to discuss how Mexican drug cartels use straw purchases to obtain high-caliver weapons. The government's witnesses do not meet the rigorous standards of FRE 702, 703, 704.

Defendant Ruano Lopez requests an order precluding his or their testimony.

Excludable delay under Title 18 United States Code § 3161 (h)(1)(D) may occur as a result of this motion or an order based therein.

RESPECTFULLY SUBMTITED: April 19, 2022.

-

*/s/ Juan L. Rocha*
**JUAN L. ROCHA**
Attorney for Defendant

I hereby certify that on *April 19, 2022*, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

Brett Day
Assistant United States Attorney